# United States Bankruptcy Court
## Eastern District of New York

In re   111-25 116 LLC                                              Case No. _____
                                    Debtor(s)                       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   November 2, 2023                    /s/ Lata D. Dass
                                            Lata D. Dass /Owner
                                            Signer/Title

Golden Bridge LLC
C/O Stephen Feder Esq.
116-55 Queens Blvd, Suite 201
Forest Hills, NY 11375


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Lata Dass
107-40 132nd Street
South Richmond Hill, NY 11419


NY State Department of Tax & Finance
PO Box 5300
Albany, NY 12205-0300


NYC Department of Tax & Finance
One Center Street, 22nd Floor
New York, NY 10007-1632


NYC Environmental Control Board
66 John Street #10
New York, NY 10038


Office of the United States Trustee
One Bowling Green, Suite 510
New York, NY 10004-1408